FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMPIRE HEALTH FOUNDATION, a Washington nonprofit corporation, for Deaconess Medical Center Medicare Cost Report 09/30/208,<br><br>Plaintiff,<br><br>v.<br><br>MD THOMAS E. PRICE, Secretary of the united States Department of Health and Human Services,<br><br>Defendant. | NO: 2:16-CV-135-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 34. Having reviewed the Stipulation and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 34**, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed **with prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** March 1, 2018.

                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                                   United States District Judge